ORIGINAL

Neil D. McFeeley, ISB# 3564
EBERLE, BERLIN, KADING, TURNBOW,
 & MCKLVEEN, CHTD.
Boise Plaza
1111 West Jefferson Street, Suite 530
P.O. Box 1368
Boise, ID 83701-1368
Telephone:    (208) 344-8535
Facsimile:    (208) 344-8542

Attorneys for Defendant Northland Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| TRANSCORP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NORTHLAND INSURANCE COMPANY, <br><br> Defendants. | Case No. <br><br> **NOTICE OF REMOVAL OF CASE TO FEDERAL COURT** |

TO:  THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO; PLAINTIFF TRANSCORP, INC., AND ITS ATTORNEYS OF RECORD HEREIN:

Defendant, Northland Insurance Company, pursuant to 28 U.S.C. §§1441 and 1446(a), respectfully files this Notice of Removal of this action from the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, in which it is now pending, to the United States District Court for the District of Idaho.  In support of such removal, Defendant Northland Insurance Company, by its undersigned attorneys, respectfully states and alleges:

1. Northland Insurance Company has been named as Defendant in the civil action brought in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada; captioned *Transcorp, Inc. v. Northland Insurance Company*, (the "Action"). True and correct copies of the Summons and Complaint and Demand for Jury Trial are attached hereto as Exhibit A and incorporated herein by reference. Defendant Northland Insurance Company believes that no other process, pleadings, or orders have been served on Defendant Northand Insurance Company; however, filed with the State Court is Defendant's Notice of Appearance, a copy of which is attached as Exhibit B.

2. *Transcorp, Inc, v. Northland Insurance Company*, is a civil action in which Plaintiff seeks to recover against Defendant for breach of contract, failure to provide notice; breach of the covenant of good faith and fair dealing; and the tort of bad faith.

3. Northland Insurance Company is informed and believes, based on the allegations in the Complaint, that Plaintiff, Transcorp, Inc., is and at all relevant times has been a corporation with its principal place of business located in Boise, Ada County, Idaho.

4. Defendant Northland Insurance Company is incorporated in Minnesota and maintains its principal place of business in St. Paul, Ramsey County, Minnesota.

5. The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs in that Plaintiff seeks to recover, among other things, damages for the loss of a truck and trailer and for bad faith.

6. Pursuant to 28 U.S.C. §1332(a), the Federal District Courts have jurisdiction of any civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest an costs, and is between citizens of different states.

7. Defendant Northland Insurance Company first received a copy of the Summons and Complaint through the State of Idaho, Department of Insurance on or after September 24,

NOTICE OF REMOVAL OF CASE TO FEDERAL COURT – Page 2
58692-7  00156136

2007. This Notice is timely filed as required by 28 U.S.C. § 1446(b), because it is filed within 30 days after Defendant's receipt of a copy of the Summons and Complaint.

8. There are no other defendants in this matter and thus all defendants who may properly join in this Notice of Removal have done so.

9. No hearing has been set by the state court regarding any matter in this action, and Defendant Northland Insurance Company has taken no action in the state court proceeding except to file a Notice of Appearance.

10. Pursuant to 28 U.S.C. §1446, the state court action which was commenced in the Fourth Judicial District of the State of Idaho, in and for the County of Ada, may be removed to the United States District Court for the District of Idaho.

11. Proper notice will be given this date to Plaintiff herein, by and through its attorney of record, and to the Clerk of the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada; a true and correct copy of the Notice is attached hereto as Exhibit C, and by this reference, incorporated herein as if set forth in full.

WHEREFORE: Defendant Northland Insurance Company prays that the above entitled action pending against it in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, be removed to this Court.

DATED this ___ day of October, 2007.

                              EBERLE, BERLIN, KADING, TURNBOW,
                              & MCKLVEEN, CHARTERED

                              By_____
                              Neil D. McFeeley, of the firm
                              Attorneys for Defendant Northland Insurance
                              Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was served upon the following attorney this 22 day of October, 2007, as indicated below and addressed as follows:

Kim J. Trout  
Trout, Jones, Gledhill, Fuhrman, P.A.  
225 North 9th Street, Suite 820  
P.O. Box 1097  
Boise, Idaho 83701  
Facsimile: 208-331-1529  

[✓] U.S. Mail  
[ ] Hand Delivery  
[ ] Overnight Mail  
[ ] Fax  

_____  
Neil D. McFeeley