Kim J. Trout/ISB # 2468
Christopher P. Graham/ISB #6174
Burt R. Willie/ISB # 7720
TROUT ♦ JONES ♦ GLEDHILL ♦ FUHRMAN, P.A.
225 North 9th Street, Suite 820
P.O. Box 1097
Boise, ID 83701
Telephone: (208) 331-1170
Facsimile: (208) 331-1529

Attorneys for TransCorp

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| TRANSCORP, INC., an Idaho corporation ) | Case No.: CV-07-453-S-BLW |
| ) | |
| Plaintiff, ) | |
| vs. ) | **STIPULATION FOR EXPEDITED** |
| ) | **BRIEFING SCHEDULE** |
| NORTHLAND INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

COME NOW the above-named parties, by and through their counsel of record, and hereby stipulate to expedite the briefing schedule with respect to Defendant's Motion to Strike Portions of the Affidavit of Christopher Graham in Support of Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment.

The above-named parties hereby agree that Plaintiff's Response to Defendant's Motion to Strike will be due on or before August 18, 2008, and that Defendant's Reply will be due on or before August 20, 2008.

STIPULATION FOR EXPEDITED BRIEFING SCHEDULE - 1

DATED This 15th day of August 2008.

                TROUT JONES GLEDHILL FUHRMAN, P.A.


By: _____
     Christopher P. Graham, Of the Firm
     Attorneys for Plaintiff

DATED This 15 day of August 2008.

                EBERLE, BERLIN, KADING, TURNBOW & MCKLVEEN

_____
Neil D. McFeeley
Attorneys for Defendant

STIPULATION FOR EXPEDITED BRIEFING SCHEDULE - 2