IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRANSCORP, INC., ) | |
| ) | Case No. CV-07-453-S-BLW |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| NORTHLAND INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered in favor Defendants and that this case be DISMISSED IN ITS ENTIRETY.

DATED: **September 10, 2008**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**Judgment – 1**